```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    12 CR 171-29
     -against-                      :    ORDER
                                    :
David Thomas                        :
                                    :
          Defendant                 :
                                    :
-----------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 16 2012
```

PAUL OETKEN, United States District Judge:

I direct that the defendant's bail be modified to permit him to treat and bill Medicare and Medicaid patients at Emergency One in Hyde Park, NY and Kingston, NY only. The defendant shall continue to refrain from treating or billing No Fault patients at Emergency One.

Dated: New York, New York

8/16/12

SO ORDERED

HONORABLE PAUL OETKEN
United States District Judge